JOSHUA S. GOODMAN, ESQUIRE - State Bar #116576
PAIGE YEH, ESQUIRE - State Bar #229197
GOODMAN NEUMAN HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California  94104
Telephone:   (415) 705-0400
Facsimile:    (415) 705-0411
Email: jgoodman@gnhllp.com; pyeh@gnhllp.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

GUNTER MIHAESCU, ESQUIRE - State Bar #
LAW OFFICE OF GUNTER MIHAESCU
344 Thomas L. Berkley Way, #401
Oakland, CA 94612
Telephone:   (510) 969-7550
Facsimile:    (510) 553-1024
Email: gunter@mihaesculaw.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UN U IM,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., and DOES 1-50,<br><br>　　　　　　　　　　Defendant. | Case No. C- 17-1092 MMC<br><br>**JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**<br><br>**Date:**　　June 2, 2017<br>**Time:**　　10:30 a.m.<br>**Dept.:**　　Courtroom #7 |

　　　　Plaintiff UN U IM ("Plaintiff") and Defendant HOME DEPOT U.S.A., INC. ("Defendant") jointly submit this JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER pursuant to the Standing Order for All Judges of the Northern District of California dated January 7, 2017, and Civil Local Rule 16-9.

**1.　　JURISDICTION & SERVICE**

　　　　Diversity jurisdiction. There are no service of process issues at this time.

///

**2.   FACTS**

Plaintiff alleges she was shopping at the Home Depot store in Hercules, California, on October 10, 2015, when merchandise fell off a shelf, causing injuries to Plaintiff. Damages and liability are disputed.

**3.   LEGAL ISSUES**

Whether Defendant's negligence caused the incident. Whether Plaintiff's damages were caused by the incident and/or whether Plaintiff has comparative fault and/or pre-existing injuries that contributed to her damages.

**4.   MOTIONS**

No pending motions.

**5.   AMENDMENT OF PLEADINGS**

None expected at this time.

All DOE parties, if any, are hereby dismissed.

**6.   EVIDENCE PRESERVATION**

No expected issues at this time.

**7.   DISCLOSURES**

The parties have agreed to exchange initial disclosures on May 26, 2017.

**8.   DISCOVERY**

Plaintiffs responded to written discovery in state court. Plaintiffs served written discovery on Defendant in state court, but then the case was removed to Federal Court.

Defendant will require a stipulated protective order be entered in to and approved by the Court before providing any confidential, proprietary, trade-secret, or other information or documents that it otherwise considers sensitive in nature and/or not appropriate for public review or dissemination.

**9.   CLASS ACTIONS**

Not applicable.

**10.  RELATED CASES**

None.

Goodman
Neuman
Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
Tel.: (415) 705-0400

**11. RELIEF**

Medical Expenses:   $485,318.02 in charges but not complete. There is a subrogation amount pending from Rawlings. Counsel for Plaintiff has not yet received the amount.

Business Losses:   Undetermined. Plaintiff had to sell her business as a result of incident. Report to be generated by economist/CPA.

General Damages:   $500,000 - $1,000,000.00.

Total:   $1,500,000 - $2,000,000.00.

Plaintiffs have provided a preliminary description of the damages and how the damages were calculated Plaintiff.

The nature, extent, recoverability, and causation of the damages are disputed.

**12. SETTLEMENT AND ADR**

The parties have agreed to attend private mediation approximately one month after Plaintiff's deposition. A mediation deadline of October 5, 2017 is proposed.

**13. CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES**

The parties have not consented to a magistrate judge for all purposes.

**14. OTHER REFERENCES**

Not applicable.

**15. NARROWING OF ISSUES**

None at this time.

**16. EXPEDITED TRIAL PROCEDURE**

None at this time.

///

///

Goodman Neuman Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA 94104
Tel.: (415) 705-0400

**17.  SCHEDULING**

Proposed dates for designation of experts, discovery cutoff, hearing of dispositive motions, pretrial conference and trial.

```
Initial Disclosures Exchanged ............................................. June 1, 2017
Mediation Deadline ............................................................ October 5, 2017
Non-Expert Discovery Cutoff ............................................. December 22, 2017
Non-Expert Discovery Motions (Last Day to Hear) ........... January 19, 2017
Mandatory Settlement Conference ..................................... February 6, 2018
Plaintiff's Rule 26(a)(2)(B) Disclosures ............................. March 2, 2018
Defendant's Rule 26(a)(2)(B) Disclosures ......................... March 30, 2018
Rebuttal Expert Disclosures ............................................... April 20, 2018
Expert Discovery Cutoff ..................................................... June 15, 2018
Daubert/Dispositive Motions Filed On or Before .............. August 14, 2018
Daubert/Dispositive Motions (Last Day to Hear) .............. September 18, 2018
Pre-trial Conference ........................................................... November 6, 2018
Trial .................................................................................... December 3, 2018
```

**18.  TRIAL**

A jury trial is requested. Pursuant to Federal Rules of Civil Procedure, rule 48(a) HOME DEPOT hereby requests a jury of 12 jurors.

It is anticipated that this jury trial will take 4-5 days.

**19.  DISCLOSURE OF NON-PARTY INTERESTED ENTITIES/PERSONS**

HOME DEPOT has already filed a "Certification of Interested Entities or Persons" as required by Civil Local Rule 3-15. Based on the information presently known to Plaintiff and Defendant, the following individuals/entities listed parties have a direct pecuniary interest in the outcome of this case: Plaintiff UN U IM and Defendant HOME DEPOT U.S.A., INC.

If information is discovered that requires the supplementation or amendment of this certification, Defendant and Plaintiff reserve the right to make such amendment or correction promptly.

**20.  PROFESSIONAL CONDUCT**

All attorneys of record for the parties have reviewed the Guidelines for Professional Conduct for the Northern District of California.

**21.  OTHER**

None at this time.

Goodman Neuman Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA 94104
Tel.: (415) 705-0400

-4-
JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER

DATED: March 17, 2017          GOODMAN NEUMAN HAMILTON LLP

                               By:    /S/
                                  PAIGE YEH
                                  Attorneys for Defendant
                                  HOME DEPOT U.S.A., INC.

DATED: March 17, 2017          LAW OFFICE OF GUNTER MIHAESCU

                               By:    /S/
                                  GUNTER MIHAESCU, ESQ.
                                  Attorneys for Plaintiff
                                  UN U IM

## CASE MANAGEMENT ORDER

The above JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER is approved as the Case Management Order for this case and all parties shall comply with its provisions.

In addition, the Court makes the further orders stated below:

IT IS SO ORDERED

Dated: _____

                               _____
                               HON. MAXINE M. CHESNEY