JOSHUA S. GOODMAN, ESQUIRE - State Bar #11657
jgoodman@gnhllp.com
PAIGE YEH, ESQUIRE - State Bar #229197
pyeh@gnhllp.com
GOODMAN NEUMAN HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Third-Party Plaintiff
HOME DEPOT U.S.A., INC.

WILLIAM NOEL EDLIN, ESQUIRE - State Bar #107796
nedlin@behblaw.com
T. CONNOR O'CARROLL, ESQUIRE - State Bar #312920
cocarroll@behblaw.com
BASSI, EDLIN, HUIE & BLUM LLP
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone: (415) 397-9006
Facsimile: (415) 397-1339

Attorneys for Third-Party Defendant
SOUTH/WIN, LTD.

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UN U IM,<br><br>    Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., and DOES 1-50,<br><br>    Defendant.<br><br>HOME DEPOT U.S.A., INC.,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>SOUTH / WIN, LTD.,<br><br>    Third-Party Defendant. | Case No. C-17-1092 MMC<br><br>**STIPULATION FOR DISMISSAL OF HOME DEPOT U.S.A., INC.'S THIRD-PARTY COMPLAINT AGAINST SOUTH / WIN, LTD. AND ORDER** |

-1-

STIPULATION FOR DISMISSAL OF HOME DEPOT U.S.A., INC.'S THIRD-PARTY COMPLAINT

Complainant HOME DEPOT U.S.A., INC. ("Home Depot") and Third-Party Defendant SOUTH / WIN, LTD. ("South/Win") (collectively the "Parties") do hereby submit this Stipulation for Dismissal of Home Depot's Third-Party Complaint Against South/Win and Order pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii). This dismissal of Home Depot's Third-Party claims against South/Win is without prejudice.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: September _5, 2017        /S/
                                 PAIGE YEH
                                 Attorneys for Complainant
                                 HOME DEPOT U.S.A., INC.

DATED: September _1, 2017        /S/
                                 WILLIAM NOEL EDLIN
                                 Attorneys for Third-Party Defendant
                                 SOUTH/WIN, LTD.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 6, 2017         [signature]
                                 United States District/Magistrate Judge

---
-2-
STIPULATION FOR DISMISSAL OF HOME DEPOT U.S.A., INC.'S THIRD-PARTY COMPLAINT