IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UN U IM,<br><br>    Plaintiff,<br><br>    v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>    Defendant. | Case No. 17-cv-01092-MMC<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S EXPERT DALE FIETZ; DENYING DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S EXPERT AGNES GROGAN; EXTENDING IN PART EXPERT DISCOVERY DEADLINES**<br><br>Re: Dkt. Nos. 46, 47 |

Before the Court are two motions, both filed April 12, 2018, by defendant Home Depot U.S.A., Inc.: (1) "Motion to Strike Plaintiff's Expert Dale Fietz"; and (2) "Motion to Strike Plaintiff's Expert Agnes Grogan." The matters came on regularly for hearing on May 18, 2018. Gunter Mihaescu appeared on behalf of plaintiff Un U Im. T. Connor O'Carroll and William Noel Edlin of Bassi, Edlin, Huie & Blum LLP appeared on behalf of defendant. Having read and considered the papers filed in support of and in opposition to the motion, as well as the parties' respective oral arguments, the Court, for the reasons stated on the record at the hearing, rules as follows.

Defendant's motion to exclude Dale Fietz is hereby GRANTED, as his opinions are not based on "scientific, technical, or other specialized knowledge." See Fed. R. Evid. 702.

Defendant's motion to exclude Agnes Grogan ("Grogan") is hereby DENIED, provided plaintiff serves on defendant, no later than June 4, 2018, a supplement to Grogan's report. If defendant wishes to designate thereafter an expert in the same area of expertise, defendant shall do so no later than June 11, 2018. As to Grogan and any

such expert so designated by defendant, the expert discovery cutoff is hereby EXTENDED to July 6, 2018.

**IT IS SO ORDERED.**

Dated: May 18, 2018

_____
MAXINE M. CHESNEY
United States District Judge