| | |
|---|---|
| 1 | WILLIAM NOEL EDLIN, ESQ. (SBN 107796) |
| | nedlin@behblaw.com |
| 2 | T. CONNOR O'CARROLL, ESQ. (SBN 312920) |
| | cocarroll@behblaw.com |
| 3 | BASSI, EDLIN, HUIE & BLUM LLP |
| | 500 Washington Street, Suite 700 |
| 4 | San Francisco, CA 94111 |
| | Telephone: (415) 397-9006 |
| 5 | Facsimile: (415) 397-1339 |
| 6 | Attorneys for Defendant |
| | HOME DEPOT U.S.A INC. |
| 8 | GUNTER MIHAESCU, ESQ (SBN 242708) |
| | gunter@mihaesculaw.com |
| 9 | LAW OFFICE OF GUNTER MIHAESCU |
| | 344 Thomas L. Berkley Way |
| 10 | Oakland, CA 94612 |
| | Telephone: 510-969-7550 |
| 11 | Facsimile: 510-553-1024 |
| 12 | Attorneys for Plaintiff |
| | UN U IM |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UN U IM, | ) | Case No. 3:17-cv-01092-MMC |
| Plaintiff, | ) | ORDER APPROVING |
| vs. | ) | **STIPULATION FOR DISMISSAL OF PLAINTIFF UN U IM'S COMPLAINT AGAINST DEFENDANT HOME DEPOT U.S.A. INC.'S WITH PREJUDICE, AND ORDER** |
| HOME DEPOT U.S.A, INC., | ) | |
| Defendant. | ) | |

2506265

**STIPULATION FOR DISMISSAL OF PLAINTIFF UN U IM'S COMPLAINT WITH PREJUDICE**

| | | |
|---|---|---|
|1| Plaintiff <u>UN U IM</u> ("Plaintiff") and Defendant <u>HOME DEPOT U.S.A., INC.</u> ("Home | |
|2| Depot") (collectively the "Parties") do hereby submit this Stipulation for Dismissal of Plaintiff's | |
|3| Complaint against Home Depot and Order pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii). This | |
|4| dismissal of all of Plaintiff's claims against Home Depot is **with prejudice.** The Parties shall | |
|5| bear their own attorney's fees and costs. | |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Date: July 26, 2018    BASSI, EDLIN, HUIE & BLUM LLP

By: _____
T. CONNOR O'CARROLL
Attorneys for Defendant
HOME DEPOT U.S.A. INC.

Date: July 25, 2018    LAW OFFICE OF GUNTER MIHAESCU

By: _____
GUNTER MIHAESCU
Attorneys for Plaintiff
UN U IM

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: July 30, 2018    _____
UNITED STATES DISTRICT COURT

2466073

1

**HOME DEPOT'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE PLAINTIFF'S EXPERT DALE FIETZ**